IN THE WESTERN DISTRICT OF MISSOURI IN AND FOR THE UNITED STATES OF AMERICA SPRINGFIELD DIVISION OVER STONE COUNTY MISSOURI

IN RE: JASON ADAM JENSEN

MISSOURI, RESPONDANT.

CASE #

— EMERGENCY —
PETITION FOR WRIT OF HABEAS CORPUS

COMES NOW, JASON ADAM JENSEN, UNDER REPRIMAND IN OTHER CASES, BARRED FROM TECHNOLOGY.

THE EFFECT IS THIS HAND WRITTEN PETITION

IN STONE COUNTY, MO Case #24SN-CR00843, I, JASON ADAM JENSEN, IS SUBJECT TO BOND CONDITIONS REQUIRING ME TO RESIDE AT BEST WESTERN at over $100/nt on Social Security disability of appx. $2500/mo.

NOT ONLY IS THIS A CAPTIVE CONTRACT GIVING Best Western

UNDUE control of me.

My lawyer Benjamin Stringer was instrumental in this untenable bond order. He has moved back his withdrawal without consulting me first.

The prosecutor is unwilling to agree to bond modifications.

I hereby request removal under 28 USC 1443 parts 1 + 2 & 42 USC 12132 of the same case and bond conditions that are reasonable and can be followed

Respectfully Submitted,

[signature]

JASON A JENSEN

jasonajensen@gmail.com

- ADDRESS @ B.W. -
DOES NOT ALLOW
PERSONAL MAIL.